UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOOSIERVAC LLC, )<br>)<br>Defendant. ) | No. 2:24-cv-00326-JPH-MJD |

**ORDER**

Defendant's Brief in Support of Motion to Reconsider contains the following citation: *In re Cook County Treasurer*, 773 F.3d 834 (7th Cir. 2014). [Dkt. 65 at 5.] The Court is unable to locate that opinion. **Within three days of the date of this Order**, Defendant shall file a Notice with the correct citation. Defendant shall also attach a copy of the opinion to the Notice.

SO ORDERED.

Dated:  16 DEC 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.