# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| STEPHEN SCOTT, TRUSTEE, and MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND,<br><br>      Plaintiffs,<br><br>v.<br><br>HOOSIERVAC, LLC<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 2:24-cv-00326-JPH-MJD<br>)<br>)<br>)<br>)<br>) |

## NOTICE

Defendant Hoosiervac, LLC, by counsel, hereby submits this Notice in compliance with the Court's Order dated December 16, 2024 (Doc. 82).

1. In its Brief in Support of Motion to Reconsider (Doc. 65), Defendant cited the following case: *In re Cook County Treasurer, 773 F.3d 834 (7th Cir. 2014)*.

2. After a diligent and repeated search, Defendant is unable to locate any Seventh Circuit opinion with the precise citation "773 F.3d 834" involving the caption "In re Cook County Treasurer" from the year 2014 or otherwise.

3. Accordingly, Defendant acknowledges that the referenced citation was in error. Defendant hereby withdraws the previously cited authority and apologizes to the Court and opposing counsel for the confusion.

4. To support the arguments originally referenced, Defendant relies on the following authorities, which it can confirm and provide:

   *Exhibit A: United States v. New York Telephone Co.*, 434 U.S. 159 (1977), recognizing broad judicial authority under the All Writs Act.

1

*Exhibit B: Cheney v. U.S. Dist. Court for the Dist. of Columbia*, 542 U.S. 367 (2004), setting forth the standards for mandamus relief.

*Exhibit C: Kerr v. U.S. Dist. Court*, 426 U.S. 394 (1976), reiterating that mandamus is a "drastic and extraordinary" remedy.

Copies of these opinions are attached as Exhibits A, B, and C respectively.

5. If the Court desires additional clarification or substitution of authority for the withdrawn citation, Defendant stands ready to comply.

**WHEREFORE**, Defendant respectfully notifies the Court of the withdrawal of the incorrect citation and attaches the correct authorities upon which it now relie

Dated this 19th day of December 2024.

Respectfully submitted,

*/s/Rafael Ramirez,* Esq.
Rafael Ramirez, Esq.
IN 18847-49; TX 24087060
RAMIREZ LAW OFFICE, P.C.
P. O. Box # 219
Rio Hondo, TX 78583
Email: Rafael@ramirez-law.com
Phone: 317-679-5975

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 19, 2024, I electronically filed the foregoing **HOOSIERVAC, LLC'S NOTICE TO THE COURT RESPONDING TO ITS 12-16-2024** to

Plaintiff Attorney of record:

Stephen Scott, Trustee
Mid-Central Operating Engineers Health and Welfare Fund c/o
Daniel Bowman, Esq.
BOWMAN & VLINK, LLC
911 E. 86th Street, Suite 201-M Indianapolis, IN 46240
E-mail: dbowman@fdgtlaborlaw.com

*/s/Rafael Ramirez,* Esq.
Rafael Ramirez, Esq.