UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:24-cv-00326-JPH-MJD ) |
| HOOSIERVAC LLC, | ) ) |
| Defendant. | ) |

**MINUTE ENTRY FOR JANUARY 3, 2025
IN-PERSON SHOW CAUSE HEARING
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a hearing on the Court's order to show cause. [Dkt. 87.] Defendant's counsel Rafael Ramirez explained the source of the phantom citations found within the briefs he filed. This matter remains under advisement.

Dated: 3 JAN 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.