UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

STEPHEN SCOTT, TRUSTEE, and           )
MID CENTRAL OPERATING ENGINEERS       )
HEALTH AND WELFARE FUND               )
                                      )
            Plaintiffs,               )
                                      )
      v.                              ) Cause No. 2:24-cv-00326-JPH-MJD
                                      )
HOOSIERVAC LLC,                       )
                                      )
Defendant.                            )

**VERFICATION OF TRANSMITTAL**

I, ATTRONEY RAFAEL RAMIREZ hereby certified that on Saturday, 02/22/2025, at

6:34 p.m., I transmitted to the Managing Member of Defendant HoosierVac, LLC, Lauren

Mullins and HoosierX, LLC owner Chris Mullins, ECF Docket # 98, Fund V HoosierVac, LLC ,

No. 2:24-cv-00326-JPH-MJD COURT ORDER via email. Each confirmed receipt of it.

 Dated: February 24, 2025.

                                        */s/Rafael Ramirez*

                                        Rafael Ramirez, Esq.
                                        IN #18847-49, TX #24087060
                                        Ramirez Law Office, PC
                                        PO Box 219
                                        Rio Hondo, TX  78583
                                        Phone:  317-679-5975

1

CERTIFICATE OF SERVICE

I certify that a copy of this Verification of Transmittal was served on the

counsel of record, Daniel Bowman by email on this 24th day of February 2025.

/s/Rafael Ramirez

Rafael Ramirez, Esq.
IN #18847-49, TX #24087060
Ramirez Law Office, PC
PO Box 219

Rio Hondo, TX  78583
Phone:  317-679-5975