UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RAFAEL RAMIREZ | ) | No. 1:25-mc-00013-TWP-MJD |
| | ) | |

**ORDER OF REFERENCE TO THE
INDIANA ATTORNEY DISCIPLINARY COMMISSION**

On February 21, 2025, pursuant to this Court's Local Rule of Disciplinary Enforcement 2(a), Magistrate Judge Mark Dinsmore referred to the Undersigned the matter of misconduct of attorney Rafael Ramirez in the case of *Mid Central Operating Engineers Health and Welfare Fund v. Hoosier Vac LLC*, Case No. 2:24-cv-00326-JPH-MJD. The Court has reviewed the matter and shares the Magistrate Judge's concern that Mr. Ramirez has violated Indiana Rules of Professional Conduct 1.1, 3.1, and 3.3 by filing in Case No. 2:24-cv-00326-JPH-MJD, on three separate occasions, briefs that contained citations to non-existent cases. This was the result of Mr. Ramirez's reliance on programs utilizing generative artificial intelligence and his failure to review the work product of those programs to ensure that it was accurate and did not contain fictitious citations.

Therefore, the Court **REFERS** this matter to the Indiana Attorney Disciplinary Commission for investigation and prosecution pursuant to Local Rule of Disciplinary Enforcement 2(a)(1). **The clerk is directed** to forward a copy of this Order, and the Magistrate Judge's Report and Recommendations Concerning Sanctions pursuant to Federal Rule of Civil Procedure 11. (Dkt. 99 in Case No. 2:24-cv-00326-JPH-MJD) to the Indiana Attorney Disciplinary Commission.

The **clerk is directed to** file a copy of this Order in Case No. 2:24-cv-00326- JPH-MJD.

**SO ORDERED**

Date: March 6, 2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

RAMIREZ LAW OFFICE, P.C
PO Box 219
Rio Hondo, TX 78583
rafael@ramirez-law.com

Indiana Attorney Disciplinary Commission
251 N Illinois St #1650
Indianapolis, IN 46204

Clerk, United States District Court
Southern District of Indiana

Clerk, United States Bankruptcy Court,
Southern District of Indiana

Case 2:24-cv-00326-JPH-MJD   Document 103   Filed 03/06/25   Page 3 of 3 PageID #: 630