UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 2:24-cv-00326-JPH-MJD |
| HOOSIERVAC LLC, | ) ) ) |
| Defendant. | ) |

## ORDER ON MOTION TO RECONSIDER

This matter is before the Court on Defendant's Motion to Reconsider the Court's Denial of Motion to Transfer. [Dkt. 64.] A motion to reconsider "is not an appropriate forum for rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion." *Caisse Nationale de Credit Agricole v. CBI Indus., Inc.*, 90 F.3d 1264, 1269-70 (7th Cir. 1996) (citation omitted). The movant "must demonstrate a manifest error of law or fact or present newly discovered evidence." *Lightspeed Media Corp. v. Smith*, 830 F.3d 500, 505-06 (7th Cir. 2016) (quotation and citation omitted). Defendant has demonstrated no such error of law or fact. Defendant has once again identified no procedural mechanism by which a pending NLRB proceeding can be "transferred" to this court. Accordingly, Defendant's motion to reconsider is **DENIED**.

SO ORDERED.

Dated: 28 MAY 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.